# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.

**MARC A. LIEBERSTEIN**
Attorney At Law

7 Times Square
New York, NY  10036
T: (212) 297 5849 F: (212) 916 2940
MLIEBERSTEIN@daypitney.com

November 27, 2007

**Via Electronic Filing**

Judge George B. Daniels
United Sates District Judge
United States District Court
Southern District of New York

    Re:    PixFusion LLC v. Work In Progress Fabrications, Inc.
            07cv10477(GBD)

Dear Judge Daniels:

    In accordance with the Court's November 27, 2007 Initial Pretrial Conference Order, we forward herewith a copy of our notification letter to the defendant Work In Progress Fabrications, Inc.

Very truly yours,

Marc A. Lieberstein

Enclosure

1584231A01112707



BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.

**MARC A. LIEBERSTEIN**
Attorney At Law

7 Times Square
New York, NY 10036
T: (212) 297 5849 F: (212) 916 2940
MLIEBERSTEIN@daypitney.com

November 27, 2007

<u>**Via E-Mail and UPS Courier**</u>

Mr. Steve Ray
Work In Progress Fabrications, Inc.
312 Relay Road
Hobart, NY 13788

  Re: <u>PixFusion LLC</u>

Dear Mr. Ray:

  We are forwarding herewith a copy of the November 27, 2007 Initial Pretrial Conference Order.

            Very truly yours,

            Marc A. Lieberstein

Enclosures

1584241A01112707