# DAY PITNEY LLP

BOSTON  CONNECTICUT  NEW JERSEY  NEW YORK  WASHINGTON, D.C.



SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: FEB 2 6 2008

JOHN L. DAUER, JR.
Counsel

7 Times Square
New York, NY 10036
T: (212) 297-5839 F: (212) 916 2940
JDauer@daypitney.com

February 25, 2008

**VIA Facsimile**
(1.212.805.6737)

Hon. George B. Daniels
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**
FEB 2 6 2008

Re:   PixFusion, LLC v. Work in Progress
      Fabrications, Inc
      Civil Action No. 07-10477-GBD

Dear Judge Berman:

We are counsel for Plaintiff PixFusion, LLC in the above referenced action. In that action, an initial pre-trial conference is set for February 27, 2008, at 9:30 a.m.. As the complaint has not yet been served upon Defendant, we request an adjournment of the conference until Monday, March 24, 2008, at 9:30 a.m. We will notify Defendant of this adjournment request.

Respectfully submitted,

*John L. Dauer, Jr.*

JLD

cc:  Mark Lieberstein, Esq.
     Work in Progress Fabrications, Inc.

83025370_1.DOC