# DAY PITNEY LLP

BOSTON  CONNECTICUT  NEW JERSEY  NEW YORK  WASHINGTON, D.C.



JOHN L. DAUER, JR.
Counsel

7 Times Square
New York, NY 10036
T: (212) 297-5839 F: (212) 916 2940
JDauer@daypitney.com

March 24, 2008

Via Facsimile: 212-805-6737

Judge George B. Daniels
United States District Court
500 Pearl Street
New York, NY 10007

**SO ORDERED**

*[signature]*

HON. GEORGE B. DANIELS

MAR 25 2008

Re: *PixFusion, LLC v. Work in Progress Fabrications, Inc*
Civil Action No. 07-10477-GBD

Dear Judge Daniels:

We are counsel for Plaintiff PixFusion, LLC in the above referenced action.

First, we are writing to request a forty five (45) day extension of time to serve the complaint. The parties have been engaged in settlement discussions and PixFusion prefers to attempt to finish those discussions prior to moving the litigation forward. We tried to reach the defendant today to request its consent to the extension but were unable to speak with the defendant.

Second, in view of the above request, we also request a second postponement of the pre-trial conference from tomorrow, March 25, 2008, to Monday, July 9, 2008. The pre-trial conference was initially scheduled for February 27, 2008, and upon our request, was postponed till tomorrow since the complaint had not yet been served.

We will notify Defendant of these requests.

Respectfully submitted,

*[signature]*

John L. Dauer, Jr.

JLD

cc:  Work in Progress Fabrications, Inc.

83015780_1.DOC