UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PIXFUSION, LLC.,

                Plaintiff,

   -against-

WORK IN PROGRESS FABRICATIONS, INC.,

                Defendant.
------------------------------------------------------------x

ORDER
07 Civ. 10477 (GBD)



GEORGE B. DANIELS, District Judge:

    Defendant's motion to dismiss is DENIED. In order for defendant Work in Progress Fabrications, Inc., to defend this lawsuit or for the Court to entertain any further applications from defendant defendant being a corporation it must obtain counsel. Defendant has 60 days to obtain counsel and respond to the complaint.

Dated: New York, New York
       July 2, 2008

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge